LAND TITLE GUARANTY COMPANY OF NEW JERSEY, AP-
PELLANT, v. DELAWARE RIVER JOINT COMMISSION,
RESPONDENT.

Argued June 2, 1936—Decided October 2, 1936.

For the appellant, *Bleakley, Stockwell & Burling*.

For the respondent, *T. Harry Rowland* and *D. Trueman Stackhouse*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.